IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ORLANDO CALHOUN, #145641,          )
                                   )
            Petitioner,            )
                                   )
vs.                                )      CASE NO 2:14-cv-288-WHA
                                   )
LEEPOSEY DANIELS, et al.,          )            (WO)
                                   )
            Respondents.           )

## ORDER

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #16), entered on August 2, 2016.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this petition for writ of habeas corpus under 28 U.S.C. § 2254 is DISMISSED with prejudice as the petition is moot.   Final Judgment will be entered accordingly.

DONE this 25th day of August, 2016.


/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE